IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **RICHARD MENYWEATHER, #20504-078** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21cv345 |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were timely filed. After reviewing the record, the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that the motion to vacate, set aside, or correct sentence is **DENIED** and the case is **DISMISSED** without prejudice. It is further **ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 27th day of March, 2022.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE